UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Donna Smith-Abreu, | Civil Action No.: 1:16-cv-02012-WTL-MPB |
| Plaintiff, | |
| v. | |
| IMC Credit Services, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

## STIPULATION OF DISMISSAL

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Donna Smith-Abreu | IMC Credit Services, LLC |
|---|---|
| ___/s/ Amy L. Cueller_____ | __/s/ Peter A. Velde _____ |
| Amy L. Cueller, Esq., #15052-49 | Peter A. Velde, Esq. |
| The Cueller Law Office | Kightlinger & Gray, LLP |
| Inland Building | One Indiana Square, Suite 300 |
| 156 E. Market Street, Suite 600 | 211 North Pennsylvania Street |
| Indianapolis, IN 46204 | Indianapolis, IN 46204 |
| Telephone (317) 225-4588 | (317) 638-4521 |
| Facsimile: (317) 245-0204 | Attorney for Defendant |

Of Counsel to:
LEMBERG LAW
43 Danbury Road, 3rd Floor
Wilton, CT 06897
(203) 653-2250
Attorney for Plaintiff

_William T Lawrence_ (signature)

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2016, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Southern District of Indiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By_/s/ Amy L. Cueller _____
                                                     Amy L. Cueller